# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SAUERS, Individually and as Administrator of the ESTATE OF CAROLA R. SAUERS, Deceased,** | : | No. 3:16cv811 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **STEPHEN HOMANKO, BOROUGH OF NESQUEHONING, and SEAN SMITH** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 14th day of February 2017, it is hereby

**ORDERED** that Defendant Stephen Homanko's motion to dismiss (Doc. 11) is **DENIED**.

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**