# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SAUERS, Individually and as Administrator of the ESTATE OF CAROLA R. SAUERS, Deceased,** | : : : | No. 3:16cv811 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : | |
| **STEPHEN HOMANKO, BOROUGH OF NESQUEHONING, and SEAN SMITH** | : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of March 2017, it is hereby **ORDERED** that Defendants Borough of Nesquehoning and Sean Smith's motion to dismiss (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The motion is **GRANTED** with respect to Defendant Sean Smith, and Defendant Smith is **DISMISSED** from Counts I, V, and VI;

2. The motion is **GRANTED** with respect to the plaintiff's punitive damages claim; and

3. The motion is **DENIED** in all other respects.

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**