IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SAUERS, Individually and as Administrator of the Estate of Carola R. Sauers, | : : : : | Civil No. 3:16-CV-00811 |
| Plaintiff, | : : | |
| v. | : : | |
| BOROUGH OF NESQUEHONING; CHIEF OF POLICE SEAN SMITH; and OFFICER STEPHEN HOMANKO, | : : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of September, 2020, upon consideration of the motion for judgment on the pleadings filed by Defendant Borough of Nesquehoning, Doc. 51, **IT IS ORDERED** as follows:

1) The motion is **GRANTED** with respect to Counts V (wrongful death), VI (survival action), and VII (respondeat superior/vicarious liability), and judgment is **GRANTED** to Defendant Borough of Nesquehoning on these counts; and

2) The motion is **DENIED**, without prejudice, with regard to the Borough of Nesquehoning's duty to defend and indemnify Defendant Stephen Homanko.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania